# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

**In re:**

**Blue Onyx Systems, LLC,**

                     **Debtor.**

**Case No.**
**Chapter 11 (Subchapter V)**

---

## DECLARATION OF BYAN BRISCH IN SUPPORT OF
## THE DEBTOR'S FIRST DAY MOTIONS

---

I, Bryan Brisch, declare under 28 U.S.C. § 1746 that the following is true to the best of my knowledge, information and belief:

1.      I am the authorized representative, Vice President, and a member of Blue Onyx Systems, LLC (the "Debtor").

2.      I have personal knowledge of all facts set forth in this declaration. If I were called upon to testify, I could and would testify competently to these facts.

### Background on Business

3.      The Debtor filed  be incorporated with the Secretary of State of Wisconsin in 1998 under the name Industrial Automation Solutions ("IAS"). IAS was started by Paul Szeflinski as an original equipment manufacturer for equipment used in the automotive industry.

4.      In 2008, Mr. Szeflinski  recognized the need for robotic automation and shifted the focus to designing and building custom robotic systems for general manufacturing companies. In 2012, Mr. Szeflinski partnered with me to continue the advancement of automation and grow the company's client base.  The company saw continued growth from 2012 – 2021 and expanded its manufacturing size by moving into its current location in New Berlin, Wisconsin.

5. In 2021, Industrial Automation Solutions formed a joint venture with Viking Masek resulting in IAS forming a new entity Viking Masek Robotics & Automation ("Viking Masek R&A"). This was intended to be a strategic partnership with both companies complementing each other. The partnership resulted in the company expanding its leased space and increasing its overhead costs.

6. However, due to the passing of Viking Masek's founder at the time of the joint venture, Viking Masek R&A struggled to gain traction. After four years, the parties decided to separate.

7. As a result of the separation, Viking Masek R&A rebranded itself to Blue Onyx Systems, LLC (the "Debtor") in January 2025. The Debtor lost its entire sales pipeline and had to rebuild. Given the long duration to secure the Capital Expenditure ("CAPEX") projects the Debtor provides, the Debtor's revenue suffered, and the Debtor financially struggled throughout the rebuilding process. The Debtor spent the past 14 months redefining its identity and potential customers. The two owners after the separation, Paul Szeflinski and myself partially funded operations during the rebuilding process.

8. The Debtor continues working toward reestablishing its reputation as a premier supplier of custom robotic automation equipment. The Debtor is downsizing its operations and overhead. The combination of reestablishing its reputation and downsizing its operations will result in financial stability and growth as it reorganizes.

**Material Transactions**

9. The Debtor entered an eight-lease commencing on February 14, 2020, with two 5-year options to extend the lease, for its premises at 5125 S. Towne Dr., New Berlin, WI 53151.

2

The rent is presently $22,653 per month, which includes a proration of taxes and common area charges.

10. The Debtor borrowed from Old National Bank (the "Bank").

11. The Debtor entered into a Forbearance Agreement with the Bank on January 2, 2026. It expires on May 2, 2026. The Forbearance Agreement is for a line of credit loan in the principal amount of $600,000 (the "LOC Loan"). Additionally, the Debtor has three term notes in the principal amount of $1,200,000 that is due on July 25, 2030. The Debtor is one payment behind on both notes. Presently, the Debtor shows the balances on the loans as $ 603,375 for the LOC Loan and for the Term Loans, $631,185, $93,643 and $398,140 respectively. The loans are secured by liens on all business assets of the Debtor and guaranteed by Paul Szeflinski and Byan Brisch.

12. As the Debtor's financial problems worsen, in October 2025, the Debtor executed a merchant cash advance agreement with Kaptius LLC ("Kaptius") in the amount of $150,000. The agreement grants Kaptius a lien on all the Debtor's business assets. Bryan Brisch guaranteed the agreement.

13. Our attorneys have informed us that the Bank filed a UCC financing statements on January 19, 2021 and June 1, 2022 which are marked Exhibit A, and CT Corporation System, as representative filed a UCC financing statement on October 10, 2025, which is marked Exhibit B and I believe is on behalf of Kaptius. Both UCC financing statements purport to cover all the Debtor's business assets, including accounts receivable.

14. There is one more UCC financing statement filed by FANUC America Corporation ("FANUC") that covers all inventory and equipment purchased by FANUC, including their proceeds. A copy of that UCC financing statement is marked Exhibit C. The debt to FANUC has been fully paid; the Debtor owes FANUC nothing as of today.

3

15. Two customers, one of which was also a packaging supplier, agreed to provide loans to the Debtor in October and November 2025. The amounts in total were $750,000 and $175,000. The Debtor executed notes to memorize the loans and deferred interest until June 1, 2026; the Debtor also issued equity interests in the Debtor. They are in the name of Rocket-Train LLC ($750,000 loan and 660,000 units) and Lake Area Holdings, LLC ($175,000 loan and 165,000 units). Both loans are unsecured.

### The Debtor's Efforts to Become Profitable

16. The Debtor is reducing its overhead, reversing the expansion, and downsizing back to the profitable state plus increasing its revenue due to reestablishing its reputation.

### The Debtor's Exit Strategy

17. The Debtor intends to propose a plan that restructures debts and pays creditors over time. The Debtor's attorneys, Kerkman & Dunn, have already sketched out some plan scenarios to use with creditor negotiations.

### The Need to Pay Pre-Petition Compensation

18. The Debtor has 17 full-time employees. The next payroll is Friday May 1, 2026. The Debtor will be submitting the payroll to the payroll service on Wednesday April 29, 2026. The pay periods end on the previous day, Sunday April 13. This means the May 1 payroll will be for the period, April 13 through April 25. Thus, 10/12s will be incurred before April 22, the projected date for the chapter 11 filing. In addition to wages, the Debtor also pays benefits. They include life insurance and health insurance, and 50% of the employee contribution up to 3% of an employee's salary toward a 401k plan. Employees pay toward the health insurance premiums. All benefits are paid prospectively so they are paid for the month of April 2026. The next premiums

4

will cover May and are due after April 22. The Debtor electronically pays all employees. Until the chapter 11 filing, the Debtor was current with all its payroll obligations, including related taxes.

19. Each payroll costs the Debtor approximately $66,000. Monthly benefits for life insurance, short-term and long-term disability insurance and health insurance cost approximately $24,900. This means that all except two days of the May 1st payroll will be earned by the employees, 10/12 x $66,000, $55,000 approximately will be earned by employees for pre-petition unpaid wages. Also attached to this Declaration is the payroll journal from the last pay period, March 30, 2026 through April 10, 2026, Exhibit D. The Debtor will be paying the same amounts with some slight differences depending on hours worked. However, the deviations will be less than 10%. The total payroll for the last pay period was including wages, benefits, and other compensation. $65,618.22.

20. No one person will be paid more than $17,150 for wages, benefits or other compensation that was earned before April 22, 2026.

21. If employees are not timely paid, it will disrupt the Debtor's business and sow mistrust among employees that the Debtor needs. The value of the Debtor depends upon its ability to continue as a going concern, including the maintenance of its workforce. Without continuing payments to the Debtor's employees, it is unlikely that the workforce would remain in the Debtor's employ, and even if any workforce remained, it is unlikely that they would be highly motivated to provide quality service. In all likelihood, employees would immediately leave the Debtor's employment. Without its existing workforce, the Debtor would be unable to produce and deliver product to, or service its customers. The damage to the Debtor would be irreparable. There are no practical or legal alternatives to retention of the employees. As a result, the Debtor needs to use

5

the payment of compensation earned before the chapter 11 filing to garner services after the filing from its workforce. Not doing so would substantially jeopardize the value of the business.

22.     I anticipate that the Debtor will have access to sufficient funds on hand, from its business operations to pay all compensation earned before the chapter 11 filing as it becomes due in the ordinary course of the Debtor's business. A projected cash flow pro forma for the first six weeks after April 22, 2026 is attached as Exhibit E.

### Use of Cash Collateral

23.     The Debtor has granted liens in accounts, accounts receivable and inventory ("Cash Collateral"), and all its other assets to secure debts owed to the Bank. Based upon the UCC financing statements, the parties that potentially have an interest in the Debtor's Cash Collateral are the Bank, FANUC America Corporation and CT Corporation System, as representative of Kaptius. However, nothing is owed to FANUC.

24.     As shown below, all the Debtor's assets are worth less than the debt owed the Bank. Accordingly, I do not believe there is any value in the Debtor's assets or Cash Collateral for any liens to attach other than the Bank's liens.

### Assets Securing the Claims of the Old National Bank

25.     Below is a summary of the Debtor's assets. The first column is the amount shown on the Debtor's records as of April 10, 2026, except that cash is shown as of April 22, 2026. While the other amounts in the summary below are not precise to the penny, they will be materially the same as of April 10, 2026. The second column is a discount percentage to reflect my opinion of the reduction to the value of the asset that a creditor would likely incur if the Debtor ceased operating and the assets were liquidated as a closed business. The last column is my best estimate of the fair market value of the assets listed in a liquidation:

6

| Description | Book Amount | Discounted Percentage | Estimated Fair Market Value |
|---|---|---|---|
| All Cash & Cash Equivalents (approximate) | $ 1,069.80 | 0% | $ 1,069.80 |
| Accounts Receivable (current) | $ 447,303.58 | 0% | $ 447.303.58 |
| Inventory | $ 112,641.70 | 0% | $ 112,641.70 |
| Note Receivable IAS Holdings, Inc. | $ 50,385.00 | 100% | $ 0.00 |
| Furniture and Equipment | $ 164,083.92 | 0% | $ 164,083.92 |
| Leasehold Improvements | $ 5,597.00 | 100% | $ 0.00 |
| Shop Equipment | $ 789,026.00 | 0% | $ 789,026.00 |
| Vehicles | $ 172,499.00 | 0% | $ 172,499.00 |
| | | | |
| **TOTAL APPROXIMATE ASSETS** | $1,742,606.00 | | $1,686,624.00 |
| | | | |
| | | | |

### The Need for Immediate Use of Cash Collateral

26.     The Debtor immediately needs the use of cash to operate to avoid immediate and irreparable harm to its business operations. It needs to purchase materials and supplies. It needs to pay its employees. Attached as Exhibit E is a weekly cash flow for six weeks. This was prepared in-house, in consultation with our bankruptcy counsel, Kerkman & Dunn, and me. It shows the expenses that need to be paid on a weekly basis along with projected cash receipts. Since this is a projection, the actual expenses will vary somewhat. I think a cushion of 10% of each cost will be sufficient.

7

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated: April 22, 2026.

/s/ Bryan Brisch
Bryan Brisch

Drafted by:

Nicholas W. Kerkman
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: nkerkman@kerkmandunn.com

8

# Exhibit A - Old National Bank UCC Financing Statements

[black redaction bars]

Wisconsin Department of Financial Institutions - Uniform Commercial Code

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**Filing Number: 20250220000254-4**

Filing Date and Time: 02/20/2025 11:02 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company  1-800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)
**Corporation Service Company**

**801 Adlai Stevenson Drive**

**Springfield, IL 62703 USA**

---

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20220601000173-4**

1b. ⊖ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: <u>attach</u> Amendment Addendum (Form UCC3Ad) <u>and</u> provide Debtor's name in item 13

2. ⊖ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ⊖ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, <u>and</u> address of Assignee in item 7c <u>and</u> name of Assignor in item 9
For partial assignment, complete items 7 and 9 <u>and</u> also indicate affected collateral in item 8

4. ⊖ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ PARTY INFORMATION CHANGE:

Check <u>one</u> of these two boxes:

This Change affects ☑ Debtor or ⊖ Secured Party of record

<u>AND</u> Check <u>one</u> of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; <u>and</u> item 7a or 7b <u>and</u> item 7c

⊖ ADD name: Complete item 7a or 7b, <u>and</u> item 7c

⊖ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only <u>one</u> name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **VIKING MASEK ROBOTICS AND AUTOMATION LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only <u>one</u> name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BLUE ONYX SYSTEMS, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5125 S TOWNE DR** | **NEW BERLIN** | **WI** | **53151** | **USA** |

8. ⊖ COLLATERAL CHANGE: <u>Also</u> check <u>one</u> of these four boxes: ⊖ ADD collateral  ⊖ DELETE collateral  ⊖ RESTATE covered collateral  ⊖ ASSIGN collateral

Indicate collateral:

9. NAME ᴏꜰ SECURED PARTY ᴏꜰ RECORD AUTHORIZING THIS AMENDMENT:  Provide only <u>one</u> name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ⊖ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OLD NATIONAL BANK** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**BR 792 4297 TC5 3051 81785 305181785**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# Exhibit A - Old National Bank UCC Financing Statements

███████████████

███████████████

███████████████

Wisconsin Department of Financial Institutions - Uniform Commercial Code

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**Filing Number: 20210119000463-9**

Filing Date and Time: 01/19/2021 12:46 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company  1-800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

**Corporation Service Company**

**801 Adlai Stevenson Drive**

**Springfield, IL 62703 USA**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **INDUSTRIAL AUTOMATION SOLUTIONS, INC.** | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5125 S TOWNE DR** | **NEW BERLIN** | **WI** | **53151** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OLD NATIONAL BANK** | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **788 N JEFFERSON ST STE 900** | **MILWAUKEE** | **WI** | **53202** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All personal property of every kind and nature, wherever located, whether now owned or hereafter acquired or arising, whether jointly or severally owned, including all goods (including inventory, equipment, farm products, consumer goods and any accessions thereto), fixtures, documents, instruments (including promissory notes), accounts (including health care insurance receivables), securities and all other investment property, supporting obligations, chattel paper (whether tangible or electronic), commercial tort claims, deposit accounts, letter of credit rights (whether or not the letter of credit is evidenced by a writing), and all general intangibles (including, without limitation, all payment intangibles, patents, patent applications, trademarks, trademark applications, tradenames, trade secrets, copyrights, copyright applications, software, service marks, goodwill, licenses, permits and agreements of every kind utilized in the business), all records of any kind relating to the foregoing, together with all cash proceeds, non-cash proceeds and products thereof, additions and accessions thereto, replacements and substitutions thereof. This Agreement covers, and is intended to cover, all assets.

5. Check only if applicable and check only one box: Collateral is ∈ held in a Trust (see UCC1Ad, item 17 and Instructions) ∈ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
∈ Public-Finance Transaction  ∈ Manufactured-Home Transaction  ∈ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
∈ Agricultural Lien  ∈ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ∈ Lessee/Lessor  ∈ Consignee/Consignor  ∈ Seller/Buyer  ∈ Bailee/Bailor  ∈ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**BR 792 6658 TC5 2049 25725**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

▮▮▮▮▮▮▮▮▮▮▮▮

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Wisconsin Department of Financial Institutions - Uniform Commercial Code

**Filing Number: 20220601000173-4**

Filing Date and Time: 06/01/2022 09:27 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company  1-800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703 USA**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **INDUSTRIAL AUTOMATION SOLUTIONS, LLC** | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5125 S. TOWNE DRIVE** | **NEW BERLIN** | **WI** | **53151** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OLD NATIONAL BANK** | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **788 N JEFFERSON ST STE 900** | **MILWAUKEE** | **WI** | **53202** | **USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

All personal property of every kind and nature, wherever located, whether now owned or hereafter acquired or arising, whether jointly or severally owned, including all goods (including inventory, equipment, farm products, consumer goods and any accessions thereto), fixtures, documents, instruments (including promissory notes), accounts (including health care insurance receivables), securities and all other investment property, supporting obligations, chattel paper (whether tangible or electronic), commercial tort claims, deposit accounts, letter of credit rights (whether or not the letter of credit is evidenced by a writing), and all general intangibles (including, without limitation, all payment intangibles, patents, patent applications, trademarks, trademark applications, tradenames, trade secrets, copyrights, copyright applications, software, service marks, goodwill, licenses, permits and agreements of every kind utilized in the business), all records of any kind relating to the foregoing, together with all cash proceeds, non-cash proceeds and products thereof, additions and accessions thereto, replacements and substitutions thereof. This Agreement covers, and is intended to cover, all assets.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ∈ held in a Trust (see UCC1Ad, item 17 and Instructions) ∈ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
∈ Public-Finance Transaction ∈ Manufactured-Home Transaction ∈ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
∈ Agricultural Lien ∈ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ∈ Lessee/Lessor ∈ Consignee/Consignor ∈ Seller/Buyer ∈ Bailee/Bailor ∈ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**BR 792 4297 TC5 2331 16542**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# Exhibit B - CT Corporation UCC Financing Statement



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251015212366-4**
Filing Date and Time: 10/15/2025 08:34 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Wolters Kluwer Lien Solutions

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:** DL-WK-UCC-FILING@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** BLUE ONYX SYSTEMS, LLC
**MAILING ADDRESS:** 5125 S Towne Dr
**CITY:** New Berlin    **STATE:** WI    **POSTAL CODE:** 53151    **COUNTRY:** USA

**ORGANIZATION'S NAME:** Industrial Automation Solutions
**MAILING ADDRESS:** 5125 S Towne Dr
**CITY:** New Berlin    **STATE:** WI    **POSTAL CODE:** 53151    **COUNTRY:** USA

**ORGANIZATION'S NAME:** IAS HOLDINGS, INC.
**MAILING ADDRESS:** 5125 S Towne Dr
**CITY:** New Berlin    **STATE:** WI    **POSTAL CODE:** 53151    **COUNTRY:** USA

**ORGANIZATION'S NAME:** BLUE ONYX SYSTEMS LLC
**MAILING ADDRESS:** S74W15214 Applewood Lane
**CITY:** Muskego    **STATE:** WI    **POSTAL CODE:** 53150    **COUNTRY:** USA

**ORGANIZATION'S NAME:** Industrial Automation Solutions
**MAILING ADDRESS:** S74W15214 Applewood Lane
**CITY:** Muskego    **STATE:** WI    **POSTAL CODE:** 53150    **COUNTRY:** USA

**ORGANIZATION'S NAME:** IAS HOLDINGS, INC.
**MAILING ADDRESS:** S74W15214 Applewood Lane
**CITY:** Muskego    **STATE:** WI    **POSTAL CODE:** 53150    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** C T Corporation System, as representative
**MAILING ADDRESS:** 330 N Brand Blvd, Suite 700; Attn: SPRS
**CITY:** Glendale    **STATE:** CA    **POSTAL CODE:** 91203    **COUNTRY:** USA

# Exhibit B - CT Corporation UCC Financing Statement

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER. IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY. Accounts, accounts receivable, contracts, real property leases, notes, bills, acceptances, chooses in action, chattel paper, instruments, documents and other forms of obligations at any time owing to Debtor arising out of goods sold or leased or for services rendered by Debtor, the proceeds thereof and all of Debtor's rights with respect to any goods represented thereby, whether or not delivered, goods returned by customers and all rights as an unpaid vendor or lienor, including rights of stoppage in transit and of recovering possession by proceedings including replevin and reclamation, together with all customer lists, books and records, ledger and account cards, computer tapes, software, disks, printouts and records, whether now in existence or hereafter created, relating thereto (collectively referred to hereinafter as "Receivables"); Inventory, including without limitation, all goods manufactured or acquired for sale or lease, and any piece goods, raw materials, work in process and finished merchandise, findings or component materials, and all supplies, goods, incidentals, office supplies, packaging materials and any and all items used or consumed in the operation of the business of Debtor or which may contribute to the finished product or to the sale, promotion and shipment thereof, in which Debtor now or at any time hereafter may have an interest, whether or not the same is in transit or in the constructive, actual or exclusive occupancy or possession of Debtor or is held by Debtor or by others for Debtor's account (collectively referred to hereinafter as "Inventory"); Goods, including without limitation, all machinery, equipment, parts, supplies, apparatus, appliances, tools, fittings, furniture, furnishings, fixtures and articles of tangible personal property of every description now or hereafter owned by Debtor or in which Debtor may have or may hereafter acquire any interest, at any location (collectively referred to hereinafter as "Equipment"); General intangibles in which Debtor now has or hereafter acquires any rights, including but not limited to, causes of action, corporate or business records, inventions, designs, patents, patent applications, trademarks, trademark registrations and applications therefor, goodwill, trade names, trade secrets, trade processes, copyrights, copyright registrations and applications therefor, licenses, permits, franchises, customer lists, computer programs, all claims under guaranties, tax refund claims, rights and claims against carriers and shippers, leases, claims under insurance policies, all rights to indemnification and all other intangible personal property and intellectual property of every kind and nature (collectively referred to hereinafter as "Intangibles"); All of the capital stock, bonds, notes, partnership interests, member interests in limited liability companies, and other securities, if any, held of record or beneficially by the Debtor, including without limitation the capital stock of all subsidiaries of the Debtor, and the Debtor's interests in all securities brokerage accounts (collectively referred to hereinafter as "Investments"); All cash on hand and on deposit in banks, trust companies and similar institutions, and all property accounted for in the Debtor's financial statements as "cash equivalents" (collectively referred to hereinafter as "Cash"); All other assets, proceeds and items not directly referred to herein as those terms are defined in Article 9 of the Uniform Commercial Code under applicable federal and state law (collectively referred to hereinafter as "UCC Article 9 Items"); All accessions to, substitutions for, and all replacements, products and proceeds of, the Receivables, Inventory, Equipment, Intangibles, Investments, Cash and UCC Article 9 Items (collectively referred to hereinafter as "Collateral"), including without limitation proceeds of insurance policies insuring the Collateral; and Books and records relating to any of the Collateral (including without limitation, customer data, credit files, computer programs, printouts, and other computer materials and records of Debtor pertaining to any of the Collateral).

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

## Exhibit B - CT Corporation UCC Financing Statement

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

### FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

### OPTIONAL FILER REFERENCE DATA

106180021

### MISCELLANEOUS

# Exhibit C - FANUC UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code

**Filing Number: 20240927000386-9**

Filing Date and Time: 09/27/2024 02:02 PM

Total Number of Pages: 1

*(This document was filed electronically)*

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wendy Lauzano-Hertz**

B. E-MAIL CONTACT AT FILER (optional)
**Wendy.Lauzano-Hertz@fanucamerica.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Wendy Lauzano-Hertz
3900 W. Hamlin Rd.
Rochester, MI 48309-4830 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ⊜ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME **VIKING MASEK ROBOTICS AND AUTOMATION LLC** | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **5125 S Towne Drive** | CITY **New Berlin** | STATE **WI** / POSTAL CODE **53151** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ⊜ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME **FANUC America Corporation** | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **3900 W. Hamlin Rd.** | CITY **Rochester Hills** | STATE **MI** / POSTAL CODE **48309** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All inventory and equipment, purchased by DEBTOR from SECURED PARTY including, without limitation, robots, CNCs, controllers, spare parts, software and other related goods and materials, together with all accessions, additions, replacements and substitutions, whether or not now owned or hereafter acquired, together with all proceeds of the foregoing, including without limitation all cash, checks, drafts, accounts receivable and insurance proceeds received by DEBTOR in connection with any sale, lease exchange or disposition of the foregoing, whether or not commingled and traceable.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ⊜ held in a Trust (see UCC1Ad, item 17 and Instructions) ⊜ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
⊜ Public-Finance Transaction ⊜ Manufactured-Home Transaction ⊜ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
⊜ Agricultural Lien ⊜ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ⊜ Lessee/Lessor ⊜ Consignee/Consignor ⊜ Seller/Buyer ⊜ Bailee/Bailor ⊜ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**MDW/PAL**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# Exhibit C - FANUC UCC Financing Statement



State of Wisconsin
Department of Financial Institutions

## UCC Financing Statement Amendment

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20250910196120-4**
Filing Date and Time: 09/10/2025 12:00 PM
Total Number of Pages: 2

**NAME OF SUBMITTER:** FANUC America Corporation

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:** Wendy.Lauzano-Hertz@fanucamerica.com

**SEND ACKNOWLEDGEMENT TO:** FANUC America Corporation
3900 W. Hamlin Rd.
Rochester Hills, MI 48309
Wendy.Lauzano-Hertz@fanucamerica.com

## INITIAL FINANCING STATEMENT FILE NUMBER

**FINANCING STATEMENT NUMBER:** 20240927000386-9

This Financing Statement Amendment is to be filed (or recorded) in the Real Estate Records: No

## FILING TYPE

**TERMINATION:** No
**ASSIGNMENT:** No
**CONTINUATION:** No
**PARTY INFORMATION CHANGE:** Debtor Add

## CHANGED/ADD DEBTOR INFORMATION

**ORGANIZATION'S NAME:** BLUE ONYX SYSTEMS, LLC
**MAILING ADDRESS:** 5125 S Towne Drive
**CITY:** New Berlin     **STATE:** WI     **POSTAL CODE:** 53151     **COUNTRY:** USA

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## AUTHORIZING PARTY

**ORGANIZATION'S NAME:** FANUC America Corporation     **Authorized By:**     Secured Party

**Exhibit C - FANUC UCC Financing Statement**

**OPTIONAL FILER REFERENCE DATA**

ACP/PFS

**MISCELLANEOUS**

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| **Worked-In Department - 000100 - Engineering** | | | | | | | | | | | | | |
| File #: 000079<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,846.1600 | 80.00 | | | 3,846.16 | | | | 3,846.16 | FIT 244.23<br>SS 212.83<br>Med 49.78 | S1 WI 170.11 | 4R Roth 769.23<br>DEN TS Dental 7.25<br>HSA Health Spend 336.50<br>HSC HSA CHECKING 336.50<br>HSO (336.50)<br>ME1 Medical Plan 1 66.96<br>VIS TS Vision 2.75<br>CK1 CHECKING 1,986.52 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 153.85<br>CALC - X02 3,846.16 |
| File #: 000080<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,169.2500 | 80.00 | | | 3,169.25 | | | | 3,169.25 | FIT 307.69<br>SS 182.43<br>Med 42.66 | S1 WI 144.12 | 4R Roth 126.77<br>DEN TS Dental 7.25<br>HSA Health Spend 150.00<br>HSC HSA CHECKING 150.00<br>HSO (150.00)<br>ME1 Medical Plan 1 66.96<br>VIS TS Vision 2.75<br>CK1 CHECKING 2,138.62 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 126.77<br>CALC - X02 3,169.25 |
| File #: 000075<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 2,692.3100 | 80.00 | | | 2,692.31 | | | | 2,692.31 | FIT 115.11<br>SS 151.13<br>Med 35.35 | S1 WI 108.29<br>S2 WI 0.00 | 4A 401K 80.77<br>4R Roth 107.69<br>DEN TS Dental 22.44<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 10.15<br>JG VLIFSP 5.08<br>ME2 Medical Plan 2 222.92<br>VIS TS Vision 9.48<br>CK1 CHECKING 1,622.98<br>CK2 CHECKING 200.00 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 107.69<br>CALC - X02 2,692.31 |
| File #: 000171<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,153.8500 | 80.00 | | | 3,153.85 | | | | 3,153.85 | FIT 354.24<br>SS 195.54<br>Med 45.74 | S1 WI 155.33 | 4R Roth 126.15<br>CK1 CHECKING 2,276.85 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 126.15<br>CALC - X02 3,153.85 |
| File #: 000062<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,461.5400 | | | PTO<br>16.00 | | | | | 3,461.54 | FIT 335.39<br>SS 198.82<br>Med 46.50 | S1 WI 149.98 | 4A 401K 138.46<br>DEN TS Dental 22.44<br>ME2 Medical Plan 2 222.92<br>VIS TS Vision 9.48<br>CK1 CHECKING 2,337.55 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 138.46<br>CALC - X02 3,461.54 |
| W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,461.5400 | 56.00 | | PTO 8.00 | 3,461.54 | | | | | | | | | |

Case 26-22269-gmh    Doc 6    Filed 04/22/26    Page 18 of 24

Labor Distribution Register

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| File #: 000071<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,463.0900 | 76.00 | | PTO 4.00 | 3,463.09 | | | | 3,463.09 | FIT 399.84<br>SS 208.39<br>Med 48.73 | S1 WI 166.32 | 4R Roth 173.15<br>DEN TS Dental 7.25<br>HSA Health Spend 25.00<br>HSC HSA CHECKING 25.00<br>HSO (25.00)<br>ME1 Medical Plan 1 66.96<br>VIS TS Vision 2.75<br>CK2 CHECKING 2,364.70 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 138.52<br>CALC - X02 3,463.09 |
| File #: 000159<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,076.9300 | 80.00 | | | 3,076.93 | | | | 3,076.93 | FIT 392.32<br>SS 190.77<br>Med 44.62 | S1 WI 151.26 | 4R Roth 307.69<br>CK2 CHECKING 1,990.27 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 123.08<br>CALC - X02 3,076.93 |
| File #: 000059<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 5,282.7200 | 72.00 | | PTO 8.00 | 5,282.72 | | | | 5,282.72 | FIT 323.07<br>SS 300.80<br>Med 70.35 | S1 WI 215.69 | 4A 401K 528.27<br>DEN TS Dental 22.44<br>HSA Health Spend 165.00<br>HSC HSA CHECKING 165.00<br>HSO (165.00)<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 2.54<br>JG VLIFSP 0.76<br>ME1 Medical Plan 1 234.14<br>VIS TS Vision 9.48<br>VLC Other 0.09<br>VLE Other 0.46<br>VLS Other 0.14<br>CK2 CHECKING 3,408.57 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 211.31<br>CALC - X02 5,282.72 |
| File #: 113002<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 5,192.3100 | 80.00 | | | 5,192.31 | | | | 5,192.31 | FIT 503.61<br>SS 296.13<br>Med 69.26 | S1 WI 230.31 | 4A 401K 207.69<br>DEN TS Dental 22.44<br>HSA Health Spend 150.00<br>HSC HSA CHECKING 150.00<br>HSO (150.00)<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 19.62<br>ME1 Medical Plan 1 234.14<br>VIS TS Vision 9.48<br>VLC Other 0.09<br>VLE Other 1.15<br>CK2 CHECKING 3,447.47 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 207.69<br>CALC - X02 5,192.31 |
| File #: 000052<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 7,307.7000 | 80.00 | | | 7,307.70 | | | | 7,307.70 | FIT 767.70<br>SS 453.08<br>Med 105.96 | S1 WI 334.31 | 4A 401K 730.77<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 34.62<br>JG VLIFSP 5.19<br>VLC Other 0.09<br>VLE Other 0.92<br>VLS Other 0.14<br>CK2 CHECKING 4,874.00 | Voucher#<br>eVoucher<br>0.00 | CALC - KMA 292.31<br>CALC - X02 7,307.70 |

Case 26-22269-gmh    Doc 6    Filed 04/22/26    Page 19 of 24

# Exhibit D - Payroll Journal

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| **File #:** 000181<br>W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,153.8500 | | | PTO 8.00 | | | | | 3,153.85 | FIT 300.13<br>SS 180.29<br>Med 42.16 | S1 WI 142.30 | 4R Roth 126.15<br>DEN TS Dental 7.25<br>HSA Health Spend 169.00<br>HSC HSA CHECKING 169.00<br>HSO (169.00)<br>ME1 Medical Plan 1 66.96<br>VIS TS Vision 2.75<br>CK2 CHECKING 2,116.86 | Voucher#<br><br>eVoucher<br><br>0.00 | CALC - KMA 126.15<br>CALC - X02 3,153.85 |
| W-In Dept: 000100<br>H Dept: 000100<br>Rate: 3,153.8500 | 70.00 | | PTO 2.00 | 3,153.85 | | | | | | | | | |
| **Dept. Total**<br>**000100** | **Reg** 834.00<br>**O/T** 0.00<br>**Hours 3** 46.00<br>**Hours 4** 0.00 | | | **Reg** 43,799.71<br>**Earnings 3** 0.00<br>**Earnings 5** 0.00 | | | **O/T** 0.00<br>**Earnings 4** 0.00<br>**Gross** 43,799.71 | | **FIT** 4,043.33<br>**SS** 2,570.21<br>**Med** 601.11<br>**State** 1,968.02 | | **Total Deductions 34,617.04** | | **11 Pays**<br>**0.00** |

| Hours Analysis | PTO | 46.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Analysis | KMA | 1,751.98 | X02 | 43,799.71 | | | |
| Statutory Ded. Analysis | WI | 1,968.02 | | | | | |
| Voluntary Ded. Analysis | 4A | 1,685.96 | 4R | 1,736.83 | CK1 | 10,362.52 | CK2 | 18,401.87 |
| | DEN | 118.76 | HSA | 995.50 | HSC | 995.50 | HSO | (995.50) |
| | J4 | 3.68 | J9 | 66.93 | JG | 11.03 | ME1 | 736.12 |
| | ME2 | 445.84 | VIS | 48.92 | VLC | 0.27 | VLE | 2.53 |
| | VLS | 0.28 | | | | | | |

## Worked-In Department - 000200 - Production

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **File #:** 000072<br>W-In Dept: 000200<br>H Dept: 000200<br>Rate: 2,769.2400 | 80.00 | | | 2,769.24 | | | | 2,769.24 | FIT 210.25<br>SS 165.68<br>Med 38.75 | S1 WI 115.64<br>S2 WI 0.00 | 4A 401K 221.54<br>DEN TS Dental 7.25<br>HSA Health Spend 20.00<br>HSC HSA CHECKING 20.00<br>HSO (20.00)<br>ME1 Medical Plan 1 66.96<br>VIS TS Vision 2.75<br>CK1 CHECKING 1,920.42 | Voucher#<br><br>eVoucher<br><br>0.00 | CALC - KMA 110.77<br>CALC - X02 2,769.24 |
| **File #:** 000069<br>W-In Dept: 000200<br>H Dept: 000200<br>Rate: 28.0000 | 40.00 | | | 1,120.00 | | | | 2,240.00 | FIT 115.00<br>SS 109.98<br>Med 25.72 | S1 WI 71.23<br>S2 WI 0.00 | 4R Roth 89.60<br>DEN TS Dental 22.44<br>HSA Health Spend 200.00<br>HSC HSA CHECKING 200.00<br>HSO (200.00)<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 9.60<br>ME1 Medical Plan 1 234.14<br>VIS TS Vision 9.48<br>VLC Other 0.09<br>VLE Other 2.40<br>CK1 CHECKING 1,349.40 | Voucher# **<br><br>eVoucher<br><br>0.00 | CALC - KMA 89.60<br>CALC - X02 2,240.00 |
| W-In Dept: 000200<br>H Dept: 000200<br>Rate: 28.0000 | 40.00 | | | 1,120.00 | | | | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| File #: 000055<br>W-In Dept: 000200<br>H Dept: 000200<br>Rate: 4,424.6200 | 80.00 | | | 4,424.62 | | MSC 134.64 | | 4,559.26 | FIT 538.32<br>SS 269.36<br>Med 62.99 | S1 WI 199.68 | 4A 401K 353.97<br>DEN TS Dental 7.25<br>J9 VOLLIFEEE 6.92<br>ME2 Medical Plan 2 70.06<br>VIS TS Vision 2.75<br>CK2 CHECKING 3,047.96 | Voucher# **<br><br>eVoucher<br><br>0.00 | CALC - KMA 176.98<br>CALC - X02 4,424.62 |
| Dept. Total 000200 | Reg 240.00<br>O/T 0.00<br>Hours 3 0.00<br>Hours 4 0.00 | | | Reg 9,433.86<br>Earnings 3 134.64<br>Earnings 5 0.00 | | O/T 0.00<br>Earnings 4 0.00<br>Gross 9,568.50 | | | FIT 863.57<br>SS 545.02<br>Med 127.46<br>State 386.55 | | Total Deductions 7,645.90 | | 3 Pays<br>0.00 |
| Earnings Analysis | MSC 134.64 | | | | | | | | | | | | |
| Memo Analysis | KMA 377.35 | | X02 | 9,433.86 | | | | | | | | | |
| Statutory Ded. Analysis | WI 386.55 | | | | | | | | | | | | |
| Voluntary Ded. Analysis | 4A 575.51 | | 4R | 89.60 | | | | CK1 | 3,269.82 | | CK2 | | 3,047.96 |
| | DEN 36.94 | | HSA | 220.00 | | | | HSC | 220.00 | | HSO | | (220.00) |
| | J4 0.92 | | J9 | 16.52 | | | | ME1 | 301.10 | | ME2 | | 70.06 |
| | VIS 14.98 | | VLC | 0.09 | | | | VLE | 2.40 | | | | |

**Worked-In Department - 000300 - Sales**

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| File #: 000054<br>W-In Dept: 000300<br>H Dept: 000300<br>Rate: 5,192.3100 | 80.00 | | | 5,192.31 | | | | 5,192.31 | FIT 1,904.19<br>SS 321.92<br>Med 75.29 | S1 WI 0.00<br>S2 IL 448.61 | 4A 401K 675.00<br>J4 VOLLIFCH 0.92<br>J9 VOLLIFEEE 78.46<br>JG VLIFSP 78.46<br>VLC Other 0.09<br>VLE Other 4.62<br>VLS Other 4.62<br>CK2 CHECKING 1,600.13 | Voucher#<br><br>eVoucher<br><br>0.00 | CALC - KMA 207.69<br>CALC - X02 5,192.31 |
| File #: 000083<br>W-In Dept: 000300<br>H Dept: 000300<br>Rate: 3,653.8500 | 80.00 | | | 3,653.85 | | | | 3,653.85 | FIT 386.80<br>SS 215.76<br>Med 50.46 | S1 WI 162.94<br>S2 MO 1.00<br>L1 2604 0.00<br>L2 2602 32.97 | 4A 401K 182.69<br>DEN TS Dental 13.56<br>ME2 Medical Plan 2 154.80<br>VIS TS Vision 5.50<br>CK1 CHECKING 2,447.37 | Voucher#<br><br>eVoucher<br><br>0.00 | CALC - KMA 146.15<br>CALC - X02 3,653.85 |
| Dept. Total 000300 | Reg 160.00<br>O/T 0.00<br>Hours 3 0.00<br>Hours 4 0.00 | | | Reg 8,846.16<br>Earnings 3 0.00<br>Earnings 5 0.00 | | O/T 0.00<br>Earnings 4 0.00<br>Gross 8,846.16 | | | FIT 2,290.99<br>SS 537.68<br>Med 125.75<br>State 612.55<br>Local 32.97 | | Total Deductions 5,246.22 | | 2 Pays<br>0.00 |
| Memo Analysis | KMA 353.84 | | X02 | 8,846.16 | | | | | | | | | |
| Statutory Ded. Analysis | IL 448.61 | | MO | 1.00 | | | | WI | 162.94 | | 2602 | | 32.97 |
| Voluntary Ded. Analysis | 4A 857.69 | | CK1 | 2,447.37 | | | | CK2 | 1,600.13 | | DEN | | 13.56 |
| | J4 0.92 | | J9 | 78.46 | | | | JG | 78.46 | | ME2 | | 154.80 |
| | VIS 5.50 | | VLC | 0.09 | | | | VLE | 4.62 | | VLS | | 4.62 |

**Worked-In Department - 000400 - Human Resources**

Case 26-22269-gmh    Doc 6    Filed 04/22/26    Page 21 of 24

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| ▮▮▮▮▮ <br> File #: 113014 <br> W-In Dept: 000400 <br> H Dept: 000400 <br> Rate: 3,403.8500 | 80.00 | | | 3,403.85 | | | | 3,403.85 | FIT 220.60 <br> SS 206.27 <br> Med 48.24 | S1 WI 115.97 | 4A 401K 1,123.27 <br> 4R Roth 885.00 <br> DEN TS Dental 7.25 <br> ME1 Medical Plan 1 66.96 <br> VIS TS Vision 2.75 <br> VLE Other 0.28 <br> CK2 CHECKING 527.26 <br> CK3 CHECKING 100.00 <br> CK4 CHECKING 100.00 | Voucher# <br><br> eVoucher <br><br> 0.00 | CALC - KMA 136.15 <br> CALC - X02 3,403.85 |
| **Dept. Total** <br> **000400** | **Reg** <br> **O/T** <br> **Hours 3** <br> **Hours 4** | | **80.00** <br> **0.00** <br> **0.00** <br> **0.00** | | Reg **3,403.85** <br> Earnings 3 **0.00** <br> Earnings 5 **0.00** | | O/T **0.00** <br> Earnings 4 **0.00** <br> Gross **3,403.85** | | **FIT** <br> **SS** <br> **Med** <br> **State** | **220.60** <br> **206.27** <br> **48.24** <br> **115.97** | **Total Deductions 2,812.77** | | **1 Pay** <br> **0.00** |

| Memo Analysis | | KMA | 136.15 | X02 | 3,403.85 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Statutory Ded. Analysis | | WI | 115.97 | | | | | | |
| Voluntary Ded. Analysis | | 4A | 1,123.27 | 4R | 885.00 | | CK2 | 527.26 | CK3 | 100.00 |
| | | CK4 | 100.00 | DEN | 7.25 | | ME1 | 66.96 | VIS | 2.75 |
| | | VLE | 0.28 | | | | | | | |

| Company Totals | Hours | | Earnings | | | | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company Code** | | | | | | | | | | |
| **4LY - Blue Onyx Systems LLC** | Reg<br>O/T<br>Hours 3<br>Hours 4 | 1,314.00<br>0.00<br>46.00<br>0.00 | Reg<br>Earnings 3<br>Earnings 5 | 65,483.58<br>134.64<br>0.00 | O/T<br>Earnings 4<br>Gross | 0.00<br>0.00<br>65,618.22 | FIT<br>SS<br>Med<br>State<br>Local | 7,418.49<br>3,859.18<br>902.56<br>3,083.09<br>32.97 | Total Deductions<br>50,321.93 | 17 Pays<br>0.00 |
| Hours Analysis | PTO P.T.O. | 46.00 | | | | | | | | |
| Earnings Analysis | MSC MISC | 134.64 | | | | | | | | |
| Memo Analysis | KMA | 2,619.32 | X02 | 65,483.58 | | | | | | |
| Statutory Ded. Analysis | IL | 448.61 | MO | 1.00 | WI | | | 2,633.48 | 2602 | 32.97 |
| Voluntary Ded. Analysis | 4A 401K | 4,242.43 | 4R Roth | 2,711.43 | CK1 CHECKING | | | 16,079.71 | CK2 CHECKING | 23,577.22 |
| | CK3 CHECKING | 100.00 | CK4 CHECKING | 100.00 | DEN TS Dental | | | 176.51 | HSA Health Spend | 1,215.50 |
| | HSC HSA CHECKING | 1,215.50 | HSO | (1,215.50) | J4 VOLLIFCH | | | 5.52 | J9 VOLLIFEEE | 161.91 |
| | JG VLIFSP | 89.49 | ME1 Medical Plan 1 | 1,104.18 | ME2 Medical Plan 2 | | | 670.70 | VIS TS Vision | 72.15 |
| | VLC Other | 0.45 | VLE Other | 9.83 | VLS Other | | | 4.90 | | |

# Exhibit E-  Blue Onyx Systems, LLC Six Week Budget

| Week Ending | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 |
|---|---|---|---|---|---|---|
| **Total Projected Revenue** | | $ 286,301 | $ - | $ 225,000 | $ 550,000 | |
| | | | | | | |
| **Outgoing Vendor Payments** | | | $ 100,000 | $ 100,000 | $ 125,000 | $ 200,000 |
| | | | | | | |
| **Outgoing Fixed Costs** | | | | | | |
| Monthly Benefits (90 degrees) | | | $ 15,353 | | | |
| UNUM Benefits | | | $ 2,064 | | | |
| Bi-Weekly Payroll (ADP PEO) | | $ 62,000 | | $ 62,000 | | $ 62,000 |
| Bi-Weekly Payroll Fees (ADP PEO) | | $ 980 | | $ 980 | | $ 980 |
| Monthly Utilities/Utility Deposit | | | | | $ 9,144 | |
| Bi-Weekly 401k | | | $ 9,100 | | $ 9,100 | |
| Rent (current month) | | $ 32,000 | | | | |
| Midwest Fiber Network - Internet | | | | | $ 851 | |
| Paul's life insurance - Cincinnati | | $ 411 | | | | $ 411 |
| EPLI  - Cincinnati | | $ 506 | | | | $ 506 |
| Insurance - Commercial Auto | | | | | $ 725 | |
| Workers Compensation - Travelers | | | | | $ 2,268 | |
| Insurance - Travelers Umbrella | | | | | $ 259 | |
| Insurance - Prof Liability | | $ 1,315 | | | $ 1,315 | |
| Verizon | | $ 848 | | | $ 848 | |
| **Total Outgoing Fixed Costs** | $ - | $ 98,060 | $ 26,517 | $ 62,980 | $ 24,510 | $ 63,897 |
| | | | | | | |
| Weekly Difference | $ - | $ 188,241 | $ (126,517) | $ 62,020 | $ 400,490 | $ (263,897) |
| | | | | | | |
| **Cumulative Cash Flow** | $ 1,070 | $ 189,311 | $ 62,794 | $ 124,814 | $ 525,304 | $ 261,408 |

(starting balance is $1,070)