In re:

Blue Onyx Systems, LLC                          Case No.: 26-22269-gmh

Debtor.                          Chapter 11

## SUPPLEMENT TO SECOND AMENDED MOTION OF THE DEBTOR FOR AUTHORITY TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION TO SECURED CREDITORS ON A FINAL BASIS

Blue Onyx Systems, LLC (the "Debtor"), hereby supplements the Second Amended Motion for Authority to Use Cash Collateral and Provide Adequate Protection on a Final Basis filed on May 18, 2026 (Dkt. No. 51),to clarify the procedural posture of its cash collateral requests and the relief sought on a final basis.

### Background

1.      On April 23, 2026, the Debtor filed its Amended Motion of the Debtor for Authority to Use Cash Collateral and Provide Adequate Protection to Secured Creditors on a Preliminary and Final Basis (the "First Amended Cash Collateral Motion") (Dkt. No. 15). The First Amended Cash Collateral Motion identifies Old National Bank ("ONB"), Inc., FANUC America Corporation, and CT Corporation as representative for Kapitus, LLC, as entities that may have an interest in cash collateral and proposes, among other adequate protection, replacement liens and monthly adequate protection payments to ONB of $10,000 commencing on the 15th day of the first month after a final order is entered .

2.       On May 18, 2026, the Debtor filed its Second Amended Motion of the Debtor for Authority to Use Cash Collateral and Provide Adequate Protection to Secured Creditors on a

Final Basis (the "Second Amended Cash Collateral Motion") (Dkt. No. 51) together with a Proposed Final Order Approving Use of Cash Collateral and Adequate Protection (the "Proposed Final Order") (Dkt. No. 52). The Second Amended Cash Collateral Motion states that it is accompanied by an agreed proposed final order and requests, inter alia, replacement liens for cash collateral creditors, additional reporting and tax compliance, and specific ONB adequate protection terms including monthly payments of $25,000 beginning three days after entry of a final order and on the 15th of each subsequent month until the termination date, as well as marshaling and "equities of the case" waivers as set forth therein . The Proposed Final Order authorizes use of cash collateral subject to a budget with a 10% variance (excluding revenue).

3.      The Proposed Final Order provides adequate protection including replacement liens, extension of liens, reporting (including AP aging), tax compliance, insurance, and ONB-specific provisions for $25,000 monthly adequate protection payments beginning three days after entry of the final order and on the 15th of each month thereafter, as well as additional protections and waivers as stated in the Proposed Final Order.

4.      On May 19, 2026, the Court entered an Order on Cash Collateral (the "May 19 Order"). The May 19 Order authorizes interim use of cash collateral on terms including $10,000 monthly adequate protection payments to ONB on the fifteenth day of each subsequent month, replacement liens of the same priority and extent, extension of prepetition liens under 11 U.S.C. § 552(b), continued reporting and insurance, compliance with non-monetary loan document terms, budgeted use with a 10% upward variance, and related conditions . The May 19 Order further states that the Second Amended Cash Collateral Motion may be construed as a request to modify terms and sets procedures and deadlines for objections and hearing on the Second Amended Cash Collateral Motion, including a June 3, 2026 objection deadline and a June 8,

2026 evidentiary hearing if objections are filed, and indicates that absent adequate supplementation by May 28, 2026, the Court will not grant the marshaling and "equities of the case" waivers .

**Procedural Clarification**

5.      The Debtor provides notice that the Debtor's Second Amended Cash Collateral Motion filed on May 18, 2026 modifies and supersedes the First Amended Cash Collateral Motion filed on April 23, 2026 to the extent of any inconsistencies, consistent with the Court's May 19 Order recognizing the Second Amended Cash Collateral Motion as a request to modify terms and setting procedures for adjudication of that motion.

6.      The Court invited the Debtor or Old National Bank to supplement the record relating to the marshalling and equities of the case waivers. The Debtor withdraws the request for those waivers. Apart from the marshalling and equities of the case waivers, there is still a need to modify the Docket 55 order as requested in the second amended motion for use of cash collateral. The Debtor is informed that Old National Bank will now be objecting to the continued use of cash collateral because the Court appears unwilling to adopt the stipulated terms without a formal objection. The Debtor desires to accept the terms and conditions requested by Old National Bank and eliminate the continued uncertainty regarding cash collateral and the added cost to the estate in light of that uncertainty. The Debtor believes that the terms and conditions set forth in the proposed order, Docket 52, (with the sole exception being the marshalling and equities waivers) which are applicable to Old National Bank and the other creditors with an interest in cash collateral, are fair and reasonable under the circumstances, have not been the subject of any objections despite ample notice, and are supported by the Subchapter V Trustee.

3

**Conclusion**

Wherefore, the Debtor respectfully requests that the Court take notice of the foregoing clarification and grant such other and further relief as is just and proper.

Dated: May 28, 2026.

/s/ Nicholas W. Kerkman
Nicholas W. Kerkman

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: nkerkman@kerkmandunn.com

Kerkman & Dunn
Attorneys for the Debtor

4