So Ordered.

Dated: June 8, 2026



G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | June 8, 2026 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 26-22269-gmh |
| DEBTOR: | Blue Onyx Systems, LLC |
| APPEARANCES: | Nicholas Kerkman, appearing for the debtor |
| | Christopher Schreiber, appearing for Old National Bank |
| | Iana A. Vladimirova, subchapter V trustee |
| | Laura Steele, appearing for the United States trustee |
| HEARING: | Debtor's motion to modify the May 19, 2026 order granting final use of cash collateral and adequate protection |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a hearing on the debtor's motion to modify the May 19, 2026 order granting final use of cash collateral and adequate protection. A recording of the hearing will be posted to the docket.

For the reasons stated on the record, the court instructed debtor's counsel to e-mail a word version of the proposed order to the following email address: halfengerpo@wieb.uscourts.gov.

# # # # #